## (August 10, 1956)

■ In the Matter of BENNY SITOWSKY, Respondent, for a Writ of Habeas Corpus to Determine the Custody of MERRILL SITOWSKY, an Infant, Now Being Held by LILLIAN SITOWSKY, Appellant.— Motion for stay denied, without costs. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

## (August 13, 1956)

■ AARON BERKOWITZ et al., Respondents, v. IRVING BERKOWITZ, Appellant.— Motion to consolidate appeals and for other relief granted. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ ROBERT AQUILINO et al., Copartners Doing Business under the Name of HOME MAINTENANCE Co., Respondents, v. UNITED STATES OF AMERICA, Appellant, et al., Defendant, and COLONIAL SAND AND STONE CO., INC., Respondent. (Action No. 1.) COLONIAL SAND AND STONE CO., INC., Respondent, v. UNITED STATES OF AMERICA, Appellant, et al., Defendants, and HOME MAINTENANCE COMPANY, Respondent. (Action No. 2.) — Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See ante, p. 747.]

■ ARNOLD BAKERS, INC., et al., Respondents, v. JOHN STRAUSS, as President, and ROBERT J. SULLIVAN, as Treasurer of Bakery and Pastry Drivers & Helpers Local 802, American Federation of Labor, and Unincorporated Association, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See 1 A D 2d 604.]

■ JOSEPHINE CLOUDEN, Respondent, v. RICHARDSON CLOUDEN, Appellant. — Motion to consolidate appeals and for other relief granted. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ PATIENCE M. COOKE, Appellant, v. CORA T. COOKE, as Executrix of GORDON C. COOKE, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals from so much of the order of this court as affirmed an order denying a motion for a new trial denied. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See ante, p. 128.]

■ FAITH CUMMINS, Respondent, v. COLGATE PROPERTIES CORP. et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See ante, p. 749.]

■ LEROY FOSTER, Respondent, v. GRACE FOSTER, Appellant.— Motion for a stay denied, without costs. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of GUY R. BREWER, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Motion to dismiss appeal granted by default, without costs, and appeal dismissed. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of SAMUEL LEVY, Petitioner, aganist JAMES R. MACDUFF, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Motion to dismiss proceeding granted by default, without costs, and proceeding dismissed. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.